

EXHIBIT A

# Cape Life
BRAND COMPANY

WOMEN'S  MEN'S  UNISEX  KIDS  ACCESSORIES  CONTACT

## SHOP MEN'S
VIEW ALL



Vintage Logo Tee
$30.00

Red White & Blue Flag Tee
$30.00

Stars & Stripes Cape Life Tee
$30.00

Vintage Logo Full Zip Hoodie
$75.00

## SHOP UNISEX
VIEW ALL



**TM**
**SM**

Filing Fee $50.00 per class
5 year registration period

## The Commonwealth of Massachusetts

**William Francis Galvin**
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512

FORM MUST BE TYPED      **Trademark / Service Mark Application**      FORM MUST BE TYPED
                        (General Laws Chapter 110H, Section 3)

All information must be completed or this document will not be accepted for filing.      *1244282*

(1) Applicant's name and business address:

a) Individual: _____
              Last                    First                 Middle

Business address: _____
                  Number                        Street

_____ 02645
                  City                      State              Zip

**or**

b) Business Organization: Cape Life Brand Company, LLC _____

Business address:      2         Ellis Drive _____
                  Number                        Street

              Harwich                MA              02645
                  City                      State              Zip

(2) If applicant is a business, identify type (check box), and if applicable, state and date of organization:

☐ corporation   ☑ limited liability company   ☐ limited partnership   ☐ partnership   ☐ sole proprietor

☐ other _____
                        *(indicate entity type)*

a) State of incorporation or organization: ____MA____   b) Date of incorporation or organization: __4/17/2015__

(3) If applicant is a partnership, state the names of the general partners:

(4) Applicant is seeking to register (check box):

☑ Trademark          ☐ Service Mark

(5) The mark is (complete one of the following):

a) **Words only** - If the mark is only words, the words in the mark are (include type style if it is claimed as part of the mark):
Cape Life Brand Company

b) **Design Only** - If the mark is a design only, describe the design (include colors if they are claimed as part of the mark):

c) **Words and Design** - State the words in the mark (include color and type style if they are claimed as part of the mark) and describe the design:

(6) Describe briefly the goods or services used in connection with the mark:
T-shirts, sweatshirts, tank tops, wine glasses, pint glasses, shot glasses, coozies, stickers/decals, hats, beach towels,

(7) For each class provide the number and class in which such goods or services fall (see attached classification schedule):
*(An application may include multiple classes)*
Class 21 Houseware and Glasses
Class 25 Clothing

(8) Describe briefly how the mark is used in connection with such goods or services:

a) The mark is used by displaying it (check box):

☑ on documents, wrappers, or articles delivered with the goods
☐ in advertisements of the services
☐ in connection with the services rendered
☑ other

b) If other, describe briefly how the mark is used:

It is also used as a logo displayed on goods.

(9) The trademark or service-mark has been used by the applicant, or the applicant's predecessor in business, since

_____ April 17, 2015 _____ and in the Commonwealth of Massachusetts since_____ April 17, 2015 _____ .

*(month, day, year)* *(month, day, year)*

*(If first use of the mark anywhere was in Massachusetts, use the same date for both.).*

(10) a) Has the applicant or predecessor in interest filed an application for the same mark or portions of the same mark with the U.S. Patent and Trademark Office? ☐ Yes ☑ No

b) If yes, for each application, provide (using additional pages if necessary):

Filing date _____ and serial number _____ .

*(month, day, year)*

c) What is the status of the application (check box)?  ☐ awaiting examination ☐ refusal (office action) issued

☐ approved for publication ☐ registered

☐ abandoned/withdrawn

d) If finally refused, or not resulted in a registration, give reason: _____

(11) Attach a sample showing the mark as actively used. The samp



The applicant is the owner of the mark. The mark is in use, and, to the knowledge of the person verifying the application, no other person has registered, either federally or in this state, or has the right to use such mark either in the identical form thereof or in such near resemblance thereto as to be likely, when applied to the goods or services of such other person, to cause confusion, or to cause mistake, or to deceive.

I, _____ Nicole Pratt _____ , state that I am the applicant or a lawfully authorized

*(Name of Applicant / Authorized Representative)*

representative of the applicant and declare under penalty of perjury that the foregoing application is true and correct.

Executed on: _____ April _____ 28 _____ 2015 _____

*(Month, Day, Year)*

Signature: _____

# COMMONWEALTH OF MASSACHUSETTS

William Francis Galvin
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512

## Trademark / Service Mark Application
### (General Laws Chapter 110H, Section 3)

Registered with

**WILLIAM FRANCIS GALVIN**
*Secretary of the Commonwealth*

on:

_____ May 12 _____, 20 15 _____

(4ᵀᴴ 1001

Trademark Section
One Ashburton Place, Rm. 1717
Boston, MA 02108

## Contact Information

| | | |
|---|---|---|
| **Nicole Pratt** | | |
| *Name* | | |
| **2 Ellis Drive** | | |
| *Mailing Address* | | |
| **Harwich** | **MA** | **02645** |
| *City/town* | *State* | *ZIP* |
| **617-744-9250** | **niki@capelifebrand.com** | |
| *Telephone* | *Email* | |

FEE PAID
MASSACHUSETTS
SECRETARY'S OFFICE

# TMR
# SMR

Filing Fee $50.00 per class
5 year renewal period

## The Commonwealth of Massachusetts
### William Francis Galvin
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512

FORM MUST BE TYPED      **Trademark / Service Mark Renewal**      FORM MUST BE TYPED
(General Laws Chapter 110H, Section 6)

All information must be completed or this document will not be accepted for filing.

(1) Applicant's name and business address:

a) Individual: _____
                        *Last*                    *First*                    *Middle*

Business address: _____
                        *Number*                    *Street*

_____
        *City*                    *State*                    *Zip*

**or**

b) Business Organization: Cape Life Brand Company, LLC

Business address:        54        Sugar Hill Drive
                        *Number*                    *Street*

                Harwich                MA                02645
                *City*                    *State*                    *Zip*

(2) The mark is (complete one of the following):

a) **Words only** - If the mark is only words, the words in the mark are (include type style if it is claimed as part of the mark):

Cape Life Brand Company

b) **Design Only** - If the mark is a design only, describe the design (include colors if they are claimed as part of the mark):

c) **Words and Design** - State the words in the mark (include color and type style if they are claimed as part of the mark) and describe the design:

(3) For each class provide the number and class in which such goods or services fall (see attached classification schedule):
*(An application may include multiple classes)*
    Class 21 Houseware and glasses
    Class 25 Clothing

(4) Provide the Massachusetts registration date and number:
    May 12, 2015 #80801

(5) Attach a specimen showing actual use of the mark on or in connection with the goods or services. The sample specimen may not be larger than 3" x 3".




The applicant for renewal is the owner of the mark and hereby asserts that the mark has been and is still in use in Massachusetts and that the attached specimen shows actual use of the mark on or in connection with goods or services in the classification noted herein.

I, _____ Nicole Pratt _____,

state that I am the applicant for renewal and declare under penalty of perjury that the foregoing application is true and correct.

Executed on: _____ February _____ 8 _____ 2020 _____

*(Month, Day, Year)*

Signature: _____

# COMMONWEALTH OF MASSACHUSETTS

William Francis Galvin
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512

## Trademark / Service Mark Application
(General Laws Chapter 110H)

Registered with

WILLIAM FRANCIS GALVIN
*Secretary of the Commonwealth*
on:

May 11, 2020

Trademark Section
One Ashburton Place, Rm. 1717
Boston, MA 02108

## TM SM

# The Commonwealth of Massachusetts

**William Francis Galvin**
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512

Filing Fee $50.00 per class
5 year registration period

FORM MUST BE TYPED

## Trademark / Service Mark Application
### (General Laws Chapter 110H, Section 3)

FORM MUST BE TYPED

All information must be completed or this document will not be accepted for filing.

(1) Applicant's name and business address:

a) Individual: _____
                    *Last*              *First*              *Middle*

Business address: _____
                    *Number*                    *Street*

_____
*City*                        *State*                    *Zip*

**or**

b) Business Organization: Cape Life Brand Company, LLC

Business address: ____54____   ____Sugar Hill Drive_____
                    *Number*                    *Street*

____Harwich_____   ____MA____        ____02645____
*City*                        *State*                    *Zip*

(2) If applicant is a business, identify type (check box), and if applicable, state and date of organization:

☐ corporation   ☑ limited liability company   ☐ limited partnership   ☐ partnership   ☐ sole proprietor

☐ other _____
                    *(indicate entity type)*

a) State of incorporation or organization: ___MA___   b) Date of incorporation or organization: ___4/17/2015___

(3) If applicant is a partnership, state the names of the general partners:



EXHIBIT
B

(4) Applicant is seeking to register (check box):

　　☑ Trademark　　　　☐ Service Mark

(5) The mark is (complete one of the following):

　　a) **Words only** - If the mark is only words, the words in the mark are (include type style if it is claimed as part of the mark):
　　　**CAPE LIFE**

　　b) **Design Only** - If the mark is a design only, describe the design (include colors if they are claimed as part of the mark):

　　c) **Words and Design** - State the words in the mark (include color and type style if they are claimed as part of the mark) and
　　describe the design:

(6) Describe briefly the goods or services used in connection with the mark:
　　**Short-sleeved shirts, long-sleeved shirts, sweatshirts, tank tops, wine glasses, pint glasses, coozies,**
　　**stickers/decals, hats, beach towels, and blankets.**

(7) For each class provide the number and class in which such goods or services fall (see attached classification schedule):
　　*(An application may include multiple classes)*
　　**CLASS 21- HOUSEWARE AND GLASSES**
　　**CLASS 25- CLOTHING**

(8) Describe briefly how the mark is used in connection with such goods or services:

　　a) The mark is used by displaying it (check box):

　　　☑ on documents, wrappers, or articles delivered with the goods
　　　☐ in advertisements of the services
　　　☐ in connection with the services rendered
　　　☑ other

　　b) If other, describe briefly how the mark is used:

　　　**It is also used as a logo displayed on goods.**

(9) The trademark or service-mark has been used by the applicant, or the applicant's predecessor in business, since

_____April 17, 2015_____ and in the Commonwealth of Massachusetts since_____April 17, 2015_____.
(month, day, year)                                                                                                    (month, day, year)
*(If first use of the mark anywhere was in Massachusetts, use the same date for both.)*

(10) a) Has the applicant or predecessor in interest filed an application for the same mark or portions of the same mark with the U.S. Patent and Trademark Office?  ☐ Yes  ☑ No

b) If yes, for each application, provide (using additional pages if necessary):

Filing date _____ and serial number _____ .
                        (month, day, year)

c) What is the status of the application (check box)?     ☐ awaiting examination          ☐ refusal (office action) issued
                                                          ☐ approved for publication       ☐ registered
                                                          ☐ abandoned/withdrawn

d) If finally refused, or not resulted in a registration, give reason: _____

(11) Attach a sample showing the mark as actively used. The sample specimen may not be larger than 3" x 3".



The applicant is the owner of the mark. The mark is in use, and, to the knowledge of the person verifying the application, no other person has registered, either federally or in this state, or has the right to use such mark either in the identical form thereof or in such near resemblance thereto as to be likely, when applied to the goods or services of such other person, to cause confusion, or to cause mistake, or to deceive.

I, _____Nicole Pratt_____, state that I am the applicant or a lawfully authorized
          (Name of Applicant / Authorized Representative)

representative of the applicant and declare under penalty of perjury that the foregoing application is true and correct.

Executed on: _____June_____ _____5_____ _____2020_____
                        (Month, Day, Year)

Signature:_____



280 Merrimack Street, Ste. 321          Telephone: 978-681-5150
Lawrence, MA 01843          Facsimile: 978-681-5152
          Email: Luke@McArdleLaw.com

MCARDLE LAW & ASSOCIATES, PLLC

July 6, 2020

**VIA EMAIL** (marissa.soto-ortiz@state.ma.us)
Marissa Soto-Ortiz
Secretary of the Commonwealth of MA
1 Ashburton Place, 17th Floor
Boston, MA 02108-1512

          RE:     *Cape Life Brand Company, LLC*
                    *Appeal - Trademark/Servicemark Denial – "Cape Life"*

Dear Attorney Soto-Ortiz:

My office represents Cape Life Brand Company, LLC ("CLBC") in relation to the
Commonwealth's denial of CLBC's application for trademark protection of the term "Cape
Life". The subject application is incorporated herein by reference. This second letter of appeal is
being made following Your request to provide a more limited and focused response regarding
support for "the lack of confusion in the marketplace and location of the businesses." Although
that issue was addressed at large in the initial letter, CLBC is providing the following further
appeal submission and evidence:

The Secretary of the Commonwealth's position is that registration of "Cape Life" would cause
confusion and/or a conflict with Cape Life, LLC, an entity that was established on January 27,
2020, which conflict is alleged to be solely based on the actual trade name itself as the nature of
the business is entirely dissimilar as set forth more fully below. Cape Life, LLC's Certificate of
Organization filed with Your office states that the general character of its business is to render
professional service and the service to be rendered is: "REAL ESTATE SALES, PROPERTY
MANAGEMENT, DEVELOPMENT". The owners of Cape Life, LLC also recently filed
another Certificate of Organization to register Cape Life II, LLC, stating "CAPE LIFE II, LLC
IS IN THE BUSINESS OF OWNING AND SHORT-TERM RENTING OF RESIDENTIAL
REAL ESTATE." It is indisputable that Cape Life, LLC and Cape Life II, LLC operate solely
within the real estate services and real estate ownership trades. This fact is further supported in
reviewing Cape Life, LLC's website www.capelifellc.com, which likewise evidences the
company operating solely as a real estate brokerage firm. CLBC is specifically seeking
protection of the term as applied to its clothing/apparel. "Cape Life" appears on every item of
clothing sold by CLBC as has been the case since CLBC's company registration with Your
office several years prior to Cape Life, LLC's registration. Please note the class of goods CLBC
has applied for (class 21 and 25) in no way conflict with the class of services that Cape Life,
LLC would apply for if it were to seek similar protection. Please also note that CLBC maintains
Massachusetts trademarks for "That's Cape Life" and "Cape Life Brand Company", established
some five years before Cape Life, LLC was established, and recently Your office approved
CLBC for protection of "Entering Cape Life" and "Cape Life Kid".

CLBC's application fully complies with the requirements of MGL c. 110H, § 3. Sub-Section (a)(4) of Section 3 outlines the conflict element, requiring CLBC to demonstrate that "no other person has registered, either federally or in the commonwealth, or has the right to use the mark either in the identical form thereof or in near resemblance thereto as to be likely, when applied to the goods or services of the other person, to cause confusion, or to cause mistake, or to deceive." (emphasis added). Additionally, Section 2(6) of the Chapter outlines the general restrictions related to conflict, stating: "consists of or comprises a mark which so resembles a mark registered in the commonwealth or a mark or trade name previously used by another and not abandoned, as to be likely, when used on or in connection with the goods or services of the applicant, to cause confusion or mistake or to deceive." (emphasis added).

The conflict standard is directly tied to confusion that could be caused within goods or services that are similar in nature - because it is indisputable that the business services and goods of CLBC and Cape Life, LLC are completely unrelated, no conflict can exist pursuant to the legal standard specifically set forth in said statute. Cape Life, LLC has no protected mark, has not applied for protection to the knowledge of CLBC, utilizes the term solely as a name with no customized mark or distinguishing elements, is related to real estate services only, in no way deals in goods of any kind, and in no manner could cause confusion, mistake or deception with the nature of CLBC's business and use of the mark. If Cape Life, LLC likewise made a request for protection of the mark "Cape Life", CLBC would assent to the Secretary providing such protection of the mark for use within its industry as is customary – the exact same trademark (not including design) can be and is often protected by multiple entities as long as those entities operate in distinguishable services or with distinguishable goods. It is relatively unclear where the conflict could possibly exist when there is literally no context where there could be confusion between two entirely unrelated businesses utilizing the same mark/trade name.

Likelihood-of-confusion for purposes of trademark registration is the same standard as likelihood-of-confusion for purposes of a trademark infringement suit. See *B & B Hardware, Inc. v. Hargis Industries, Inc.*, 575 U.S. 138, 154-155 (2015). The gravamen of a claim of trademark infringement under Massachusetts common law is the same as under the Lanham Act: likelihood of confusion. See *Jenzabar, Inc. v. Long Bow Group, Inc.*, 82 Mass.App.Ct. 648, 654 (2012). "The core element of trademark infringement is the likelihood of confusion, i.e., whether the defendant's use of the plaintiff's mark is likely to confuse consumers about the 'source, sponsorship or affiliation' of the defendant's goods or services." *Id* at 655. The likelihood of confusion standard is based entirely on the perspective of potential consumers and a "reasonable probability of confusion in the trade."(emphasis added) See *Monroe Stationers & Printers, Inc. v. Munroe Stationers Inc.*, 332 Mass. 278 (1955). The current matter does not even reach the first element of confusion – confusion within the same trade. There should be no inquiry necessary beyond this fact and there is no case law in Massachusetts, federally or from the United States Supreme Court that would support, to any degree, the current denial of CLBC's request for registration of the mark "Cape Life" within the clothing retail sale trade due to a potential conflict with the use of the term within the real estate sale and acquisition trade. "If there is doubt whether confusion will result, then it should be resolved in favor of [CLBC]." *Jays, Inc. v. Jay Originals, Inc.*, 321 Mass. 737, 740 (1947). There should be no doubt that absolutely no confusion will occur in this scenario, but, at minimum, doubt must exist here and doubt requires the protection sought by CLBC.

Regarding Your request to provide information related to the locale of the two businesses at issue – neither company has its own physical location where you can go physically and obtain the goods or services of each respective business. Cape Life, LLC's business address is the

residential property address of the owner, which property includes no signage or distinguishing elements that would cause anyone to know that such location is where Cape Life, LLC operates or otherwise – this is likewise true for CLBC. Cape Life, LLC's website evidences that it actually operates under the guise of and as a broker for William Raveis Real Estate Mortgage and Insurance ("Raveis") and that it utilizes Raveis' business address as its office for operation with no signage or anything otherwise that would cause anyone to know that Cape Life, LLC operated out of the Raveis real estate office or physically exists otherwise. Cape Life, LLC, like many realtors/brokers, operates remotely and its only real presence is its website. CLBC operates an e-commerce website for sale of its goods and within unrelated retail clothing stores and other similar establishments within the Commonwealth but specifically in the Barnstable County region. There is no element of confusion regarding a physical address that each respective company operates out of and neither company would ever be selling its respective services out of the same location unless it were pursuant to a mutually beneficial business collaborative. It is obvious that both companies operate mostly or entirely within the Cape Cod geographic region but that alone is wholly insufficient to make a determination of confusion as fully set forth herein and as established by precedent of the Commonwealth in this regard.

For the reasons set forth above, CLBC respectfully requests that the Secretary reconsider and reverse its denial and that it grant CLBC's application for the "Cape Life" mark within the class of goods reflected in CLBC's application.

Thank you for your attention to this matter - if you have any questions please do not hesitate to call.

Very truly yours,
/s/ Lucas Mcardle
Lucas B. McArdle, Esq.

# COMMONWEALTH OF MASSACHUSETTS

William Francis Galvin
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512

## Trademark / Service Mark Application

**(General Laws Chapter 110H)**

Registered with

WILLIAM FRANCIS GALVIN
*Secretary of the Commonwealth*
on:

July 09, 2020

Trademark Section
One Ashburton Place, Rm. 1717
Boston, MA 02108

**For assistance with TSDR**, email teas@uspto.gov and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

**Processing Wait Times:** Please note that due to an extraordinary surge in applications, processing times are longer than usual. See **current trademark processing wait times** for more information.

STATUS     DOCUMENTS     MAINTENANCE       <u>Back to Search</u>       Print

**Generated on:** This page was generated by TSDR on 2021-08-04 08:46:36 EDT

**Mark:** CAPE LIFE BRAND COMPANY



| | |
|---|---|
| **US Serial Number:** 88496114 | **Application Filing Date:** Jul. 01, 2019 |
| **US Registration Number:** 6166932 | **Registration Date:** Oct. 06, 2020 |
| **Filed as TEAS RF:** Yes | **Currently TEAS RF:** Yes |
| **Register:** Principal | |
| **Mark Type:** Trademark | |

**TM5 Common Status Descriptor:** 

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Offic

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are 

**Status Date:** Oct. 06, 2020

**Publication Date:** Jul. 21, 2020

## Mark Information

## Goods and Services

## Basis Information (Case Level)

## Current Owner(s) Information

## Attorney/Correspondence Information

## Prosecution History

## TM Staff and Location Information

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load

For assistance with TSDR, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

Processing Wait Times: Please note that due to an extraordinary surge in applications, processing times are longer than usual. See **current trademark processing wait times** for more information.

STATUS    DOCUMENTS    MAINTENANCE          <u>Back to Search</u>          Print

**Generated on:** This page was generated by TSDR on 2021-08-04 08:46:04 EDT

**Mark:** CAPE LIFE

# Cape Life

| | |
|---|---|
| **US Serial Number:** 90000640 | **Application Filing Date:** Jun. 14, 2020 |
| **US Registration Number:** 6244124 | **Registration Date:** Jan. 12, 2021 |
| **Filed as TEAS Plus:** Yes | **Currently TEAS Plus:** Yes |
| **Register:** Principal | |
| **Mark Type:** Trademark | |

**TM5 Common Status Descriptor:**



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Offic

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are c

**Status Date:** Jan. 12, 2021

**Publication Date:** Oct. 27, 2020

## Mark Information

## Goods and Services

## Basis Information (Case Level)

## Current Owner(s) Information



## Attorney/Correspondence Information

## Prosecution History

## TM Staff and Location Information

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load

Privacy • Terms



Owner Name: Cape Life Brand Company, LLC
Owner Address: 54 Sugar Hill Drive
Harwich, MASSACHUSETTS UNITED STATES 02645
Legal Entity Type: LIMITED LIABILITY COMPANY          State or Country  MASSACHUSETTS
                                                      Where Organized:

## Attorney/Correspondence Information

### Attorney of Record

Attorney Name: Lucas McArdle
Attorney Primary   Luke@mcardlelaw.com                 Attorney Email  Yes
Email Address:                                         Authorized:

### Correspondent

Correspondent   LUCAS MCARDLE
Name/Address:   MCARDLE LAW & ASSOCIATES, PLLC
                280 MERRIMACK STREET, SUITE 321
                LAWRENCE, MASSACHUSETTS UNITED STATES 01843

        Phone: 978-681-5150 x1                          Fax: 978-681-5152

Correspondent e-   Luke@mcardlelaw.com jonathan@capelifebrand.   Correspondent e- Yes
mail:              com                                  mail Authorized:

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jan. 12, 2021 | REGISTERED-PRINCIPAL REGISTER | |
| Oct. 27, 2020 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Oct. 27, 2020 | PUBLISHED FOR OPPOSITION | |
| Oct. 07, 2020 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Sep. 18, 2020 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Sep. 16, 2020 | ASSIGNED TO EXAMINER | 93429 |
| Jul. 13, 2020 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Jun. 17, 2020 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

### TM Staff Information - None

### File Location

Current Location: PUBLICATION AND ISSUE SECTION          Date in Location:  Jan. 12, 2021

Return of Service

I hereby certify and return that on June 10, 2021 at 10:00 am, I served a copy of the Cease and Desist Order
In this action upon the within named  Arthur Wright, Resident Agent For Cape Life Gifts, Inc.,
IN HAND, at 852 Main Street, South Yarmouth, MA 02664..

Date: June 17, 2021        Signed Under the pains and penalties of perjury

John D. Sircom, As Constable
Or Disinterested Person



280 Merrimack Street, Ste. 321
Lawrence, MA 02843

Telephone: 978-681-5150
Facsimile: 978-681-5152
Email: Luke@McArdleLaw.com

MCARDLE LAW & ASSOCIATES, PLLC

June 9, 2021

**VIA CONSTABLE SERVICE**
Arthur Wright
Resident Agent for Cape Life Gifts Inc.
852 Main Street, Route 28
South Yarmouth, MA 02664

    *Re:   CEASE & DESIST*

Dear Mr. Arthur Wright:

Please accept this letter as an official demand from Cape Life Brand Company, LLC ("CLBC") that Cape Life Gifts Inc. and/or any of its affiliates or agents Cease and Desist use of the term Cape Life on Your products as that term is legally protected on both the state and federal level for exclusive use by Cape Life Brand Company ("CLBC")[1], specifically regarding the use on clothing, hats, stickers/decals, houseware or the like. This demand includes immediate removal from Your store, online or otherwise of all products containing "Cape Life" and refraining from selling them otherwise to any degree.

Your Company was put on direct notice of CLBC's use of the term "Cape Life" on its clothing and products when You were approached by CLBC in 2020 to inquire as to CLBC selling its products in Your gift shop – at a time when You were not offering any clothing or products in Your store for sale that contained the term "Cape Life". Nevertheless, following this occurrence and knowing the term "Cape Life" was being used by CLBC in commerce and on clothing specifically, You began a "Cape Life" clothing line that You are now selling in Your store.

Your merchandise is and has already caused much confusion for consumers that are familiar with the CLBC brand – these consumers assume that the clothes and stickers (the only two items known to contain "Cape Life" to this point) being sold within Your store are products of CLBC. This use and confusion is a significant concern for the CLBC brand, is potentially damaging and is in violation of its legally protected trade and service marks.

Any action taken contrary to this notice will be considered intentional use in violation of the trademark protections and may subject you to penalties and legal liability, which will be pursued to the fullest extent of the law otherwise.

With that said, CLBC does not plan to take any detrimental action against You or Your company if You immediately comply with this demand following service of this Notice.

---
[1] See attached State and Federal Trademark Registrations

Thank you for your time and anticipated cooperation. Affirmative notice of your compliance would certainly cause this process to be much more cordial – otherwise an agent of CLBC will be sent to confirm compliance within 48 hours of service of this Notice.

Notwithstanding the necessary legal nature of this demand, CLBC is a company that collaborates with several other local companies and if You would like to turn this into a potential collaboration or obtain a license to utilize "Cape Life", CLBC is certainly open to discuss that or any other manner of collaboration and CLBC otherwise fully supports You and the success of Your small local business.

Please contact my office for any questions, notice of compliance or inquiries otherwise.

Very truly yours,

Lucas B. McArdle, Esq.
McArdle Law & Associates, PLLC
280 Merrimack Street, Suite 321
Lawrence, MA 01843
Tel: (978) 681-5150, ext. 1
Luke@mcardlelaw.com

Enclosures (2): MA Trademark Registration
Federal Trademark Registration



EXHIBIT
F







# Corporations Division
## Trademark Search

**Search by:**  ○ Registration No.  ◉ Trademark | Servicemark  ○ Mark description  ○ Registrant

cape life

**Search by date or date range:**  Enter date as MM/DD/YYYY

Date from: [          ]     Date to: [          ]

**Search type:**  Contains anywhere ▾     **Transaction type:**  All ▾

**Display number of items per page:**  25 items ▾

Clear search fields     Search

**Number of records: 6**          **Number of pages: 1**

Print results

| Original Number | Original Registration | Registrant | Trademark / Servicemark |
|---|---|---|---|
| 89313 | 07-09-2020 | CAPE LIFE BRAND COMPANY, LLC | CAPE LIFE |
| 80801 | 05-12-2015 | CAPE LIFE BRAND COMPANY, LLC | CAPE LIFE BRAND COMPANY |
| 89215 | 06-13-2020 | CAPELIFE BRAND COMPANY, LLC | CAPE LIFE KID |
| 61776 | 07-29-2002 | THE CAPE COD CO-OPERATIVE BANK | CAPELIFE ACCOUNT |
| 89187 | 06-08-2020 | CAPE LIFE BRAND COMPANY, LLC | ENTERING CAPE LIFE |
| 80800 | 05-12-2015 | CAPE LIFE BRAND COMPANY, LLC | THAT'S CAPE LIFE |



EXHIBIT
6