# UNITED STATES DISTRICT COURT
for the
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAPE LIFE BRAND COMPANY, LLC | |
| *Plaintiff* | Civil Action No.: **1:21-CV-11256-IT** |
| v. | |
| CAPE LIFE GIFTS INC. | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Cape Life Gifts Inc.
337 Main St.
Harwichport, MA 02646

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) --- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) --- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

McArdle Law + Assoc.
Attn: Lucas McArdle
280 Merrimack St. #321, Lawrence, MA 01843

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**
*CLERK OF COURT*

/s/ – **Flaviana de Oliveira**
*Signature of Clerk or Deputy Clerk*

ISSUED ON 2021-08-03 12:43:19, Clerk USDC DMA

Civil Action No.: **1:21-CV-11256-IT**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _____

was received by me on (date) __August 4, 2021__.

**XX** I personally served the summons on the individual at (place)__Gordon Gardner, Manager / Cape Life Gifts, Inc__

_____ on (date) __August 6, 2021 @ 11:00 am__ or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____, a person of suitable age and discretion who resides there,

on (date) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____, who is designated by law to accept service of process on behalf of (name of organization)_____ on (date) _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other (specify) :

My fees are $ __55.70__ for travel and $ _____ for services, for a total of $ __55.70__.

I declare under penalty of perjury that this information is true.

__8/6/2021__
Date

*Server's Signature*

**John D. Sircom**
*Printed name and title*

**Post Office Box 42
Yarmouthport, MA 02675**

*Server's Address*

Additional information regarding attempted service, etc: