UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAPE LIFE BRAND COMPANY, INC.<br>   Plaintiff<br><br>      v.<br><br>CAPE LIFE GIFTS, INC.<br>   Defendant | Civil Action No.: 1:21-cv-11256-IT |

## DEFENDANT'S ASSENTED-TO MOTION TO ENLARGE TIME TO ANSWER COMPLAINT

Defendant Cape Life Gifts, Inc. ("defendant"), moves, pursuant to Fed. R. Civ. P. 6(b)(1) to enlarge the time for filing its Answer until Tuesday, September 7, 2021. As its grounds, defendant states that its counsel, a solo practitioner, requires additional time to prepare an Answer. Plaintiff's counsel has assented to the filing of this motion.

WHEREFORE, for good cause shown, defendant Cape Life Gifts, Inc. respectfully requests that its motion to enlarge the time for filing its Answer until Tuesday, September 7, 2021 be granted.

          CAPE LIFE GIFTS, INC.
          Defendant

          By its attorney,

          /s/ Lindsey M. Straus /s/
          Lindsey M. Straus
          BBO # 554181
          Law Office of Lindsey M. Straus
          110 Court Way
          Brewster, MA 02631
          lstraus@lindseystrauslaw.com
          (508) 896-8008

CERTIFICATE OF SERVICE

  I, Lindsey M. Straus, hereby certify that this document, filed through the ECF System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 31, 2021.

             */s/ Lindsey M. Straus /s/*
             Lindsey M. Straus