# Corporations Division

## Business Entity Summary

**ID Number: 001107586**    [Request certificate]   [New search]

**Summary for: CAPE LIFE GIFTS INC**

| | |
|---|---|
| **The exact name of the Domestic Profit Corporation:** | CAPE LIFE GIFTS INC |
| **Entity type:** | Domestic Profit Corporation |
| **Identification Number:** | 001107586 |
| **Date of Organization in Massachusetts:** | 05-20-2013 |
| **Last date certain:** | |
| **Current Fiscal Month/Day:** | 12/31 |

**The location of the Principal Office:**

Address: 337 MAIN ST

City or town, State, Zip code, Country:   HARWICH PORT, MA 02646 USA

**The name and address of the Registered Agent:**

Name:   ARTHUR WRIGHT

Address: 852 MAIN ST, RTE 28

City or town, State, Zip code, Country:   SOUTH YARMOUTH, MA 02664 USA

**The Officers and Directors of the Corporation:**

| Title | Individual Name | Address |
|---|---|---|
| PRESIDENT | ARTHUR D WRIGHT | 852 MAIN ST, RTE 28 SOUTH YARMOUTH, MA 02664 USA |
| TREASURER | ARTHUR D WRIGHT | 852 MAIN ST, RTE 28 SOUTH YARMOUTH, MA 02664 USA |
| SECRETARY | ARTHUR D WRIGHT | 852 MAIN ST, RTE 28 SOUTH YARMOUTH, MA 02664 USA |
| VICE PRESIDENT | SHARON MAY WRIGHT | 19 REBECCA LANE SOUTH YARMOUTH, MA 02664 USA |
| DIRECTOR | ARTHUR D WRIGHT | 852 MAIN ST, RTE 28 SOUTH YARMOUTH, MA 02664 USA |

**Business entity stock is publicly traded:**   ☐

**The total number of shares and the par value, if any, of each class of stock which this business entity is authorized to issue:**

| Class of Stock | Par value per share | Total Authorized | | Total issued and outstanding |
|---|---|---|---|---|
| | | No. of shares | Total par value | No. of shares |

| CWP | $ 0.01 | 7,500 | $ 75.00 | 100 |
|---|---|---|---|---|
| ☐ Consent | ☐ Confidential Data | ☐ Merger Allowed | ☐ Manufacturing | |

**View filings for this business entity:**

ALL FILINGS
Administrative Dissolution
Annual Report
Application For Revival
Articles of Amendment

[View filings]

**Comments or notes associated with this business entity:**

[New search]