# Corporations Division

## Business Entity Summary

**ID Number: 001169643**

[Request certificate] [New search]

**Summary for: CAPE LIFE BRAND COMPANY, LLC**

| | |
|---|---|
| **The exact name of the Domestic Limited Liability Company (LLC):** CAPE LIFE BRAND COMPANY, LLC | |
| **Entity type:** Domestic Limited Liability Company (LLC) | |
| **Identification Number:** 001169643 | |
| **Date of Organization in Massachusetts:** 04-17-2015 | |
| **Last date certain:** | |
| **The location or address where the records are maintained** (A PO box is not a valid location or address): | |
| Address: 54 SUGAR HILL DRIVE | |
| City or town, State, Zip code, Country: HARWICH, MA 02645 USA | |
| **The name and address of the Resident Agent:** | |
| Name: NICOLE PRATT | |
| Address: 54 SUGAR HILL DRIVE | |
| City or town, State, Zip code, Country: HARWICH, MA 02645 USA | |

**The name and business address of each Manager:**

| Title | Individual name | Address |
|---|---|---|
| MANAGER | JONATHAN PRATT | 1484 ORLEANS-HARWICH RD, #1782 HARWICH, MA 02645 USA |
| MANAGER | NICOLE PRATT | 1484 ORLEANS-HARWICH RD, #1782 HARWICH, MA 02645 USA |

**In addition to the manager(s), the name and business address of the person(s) authorized to execute documents to be filed with the Corporations Division:**

| Title | Individual name | Address |
|---|---|---|
| SOC SIGNATORY | NICOLE PRATT | 54 SUGAR HILL DRIVE HARWICH, MA 02645 USA |
| SOC SIGNATORY | JONATHAN PRATT | 54 SUGAR HILL DRIVE HARWICH, MA 02645 UNI |

**The name and business address of the person(s) authorized to execute, acknowledge, deliver, and record any recordable instrument purporting to affect an interest in real property:**

| Title | Individual name | Address |
|---|---|---|
| REAL PROPERTY | NICOLE PRATT | 54 SUGAR HILL DRIVE HARWICH, MA 02645 USA |

| REAL PROPERTY | JONATHAN PRATT | 54 SUGAR HILL DRIVE HARWICH, MA 02645 USA |
| --- | --- | --- |
| REAL PROPERTY | JONATHAN PRATT | HARWICH, MA 02645 UNI |

☐ **Consent** ☐ **Confidential Data** ☐ **Merger Allowed** ☐ **Manufacturing**

**View filings for this business entity:**

ALL FILINGS
Annual Report
Annual Report - Professional
Articles of Entity Conversion
Certificate of Amendment

[View filings]

**Comments or notes associated with this business entity:**

[New search]