

Cape Life   

All · News · Images · Maps · Shopping · More · Tools

About 709,000,000 results (0.60 seconds)

https://capelifebrand.com
### Cape Life Brand Company
Cape Life Brand Company is a lifestyle & apparel brand based on the unique culture and experience of Cape Cod. Instagram · Facebook ...
MEN'S · Women's · Unisex · Kids

https://capelifebrand.com › collections › men
### Men – Cape Life Brand Company
Cape Life Brand Company is a lifestyle & apparel brand based on the unique culture and experience of Cape Cod. Instagram · Facebook ...

https://www.instagram.com › capelifebrand
### Cape Life Brand Company (@capelifebrand) - Instagram
Cape Life Brand Company. Lifestyle & Apparel - a lifestyle brand company based on the unique culture and experience of Cape Cod.

https://www.capelifegifts.com
### Cape Life Gifts
Cape Life Gifts is your #1 source for souvenirs and gifts! We carry a wide variety of vacation essentials and unique boutique items.



See photos · See outside

## Cape Life Gifts

Website · Directions · Save · Call

4.8 ★★★★★ 19 Google reviews

Gift shop in Harwich, Massachusetts

**Service options:** In-store shopping

**Address:** 337 MA-28, Harwich Port, MA 02646

**Hours:** Open · Closes 8PM

**Phone:** (508) 432-0200

Suggest an edit · Own this business?

Know this place? Share the latest info