UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAPE LIFE BRAND COMPANY, LLC<br><br>Plaintiff,<br><br>v.<br><br>CAPE LIFE GIFTS, INC.<br><br>Defendant.<br><br>CAPE LIFE GIFTS, INC.<br><br>Counter-Plaintiff,<br><br>v.<br><br>CAPE LIFE BRAND COMPANY, LLC<br><br>Counter-Defendant. | Civil Action No. 1:21-cv-11256-IT |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2 (a), please enter my appearance on behalf of Plaintiff/Counter-Defendant, CAPE LIFE BRAND COMPANY, LLC, in the above-identified matter.

Respectfully submitted,

Cape Life Brand Company, LLC

By its attorney,

September 22, 2021

/s/ Julie Tolek
Julie Tolek, Esq. (BBO No. 688697)
CALDWELL INTELLECTUAL
PROPERY LAW, LLC
200 Clarendon Street, 59th Floor
Boston, MA 02116
(617) 577-3963
docketing@caldwellip.com
julie@caldwellip.com

CERTIFICATE OF SERVICE

      I certify that on September 22, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which automatically sends email notification of such filing to registered participants.

/s/ Julie Tolek
Julie Tolek, Esq.