UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAPE LIFE BRAND COMPANY, LLC, )<br>  )<br>Plaintiff, )<br>  )<br>  ) | CIVIL ACTION NO. 1:21-cv-11256-IT |
| v. )<br>  )<br>CAPE LIFE GIFTS INC. )<br>  )<br>Defendant. )<br>  ) | |

## NOTICE OF WITHDRAWAL

Pursuant to Local Rule 83.5.2(c), the undersigned counsel requests that this Court withdraw my appearance in behalf of the Plaintiff/Defendant in Counterclaim, Cape Life Brand Company, and directs this Court to the Notice of Appearance filed by successor counsel at Docket Entry 11 on equal date.

|   |   |
|---|---|
|   | Respectfully submitted, |
| September 22, 2021 | /s/ *Lucas B. McArdle* |
|   | Lucas B. McArdle BBO # 694285 |
|   | McArdle Law & Associates, PLLC |
|   | 280 Merrimack Street, Suite 321 |
|   | Lawrence, MA 01843 |
|   | T: (978) 681-5150 |
|   | F: (978) 681-5152 |
|   | Luke@McArdleLaw.com |

**CERTIFICATE OF SERVICE**

I certify that on September 22, 2021, I served a copy of the foregoing on all attorneys of record via the CM/ECF system.

/s/ *Lucas B. McArdle*

Lucas B. McArdle