# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAPE LIFE BRAND COMPANY, LLC<br><br>    Plaintiff,<br><br>v.<br><br>CAPE LIFE GIFTS, INC.<br><br>    Defendant.<br><br>CAPE LIFE GIFTS, INC.<br><br>    Counter-Plaintiff,<br><br>v.<br><br>CAPE LIFE BRAND COMPANY, LLC<br><br>    Counter-Defendant. | Civil Action No. 1:21-cv-11256-IT |

## COUNTER-DEFENDANT'S ASSENTED-TO MOTION TO ENLARGE TIME TO ANSWER COUNTERCLAIM

Counter-Defendant Cape Life Brand Company ("Counter-Defendant"), moves, pursuant to Fed. R. Civ. P. 6(b)(1) to enlarge the time for filing its Answer to the Counterclaim until Tuesday, October 5, 2021. As its grounds, Counter-Defendant states that its counsel has newly joined the case and filed an appearance and requires additional time to prepare an Answer. Counter-Plaintiff's counsel has assented to the filing of this motion.

WHEREFORE, for good cause shown, Counter-Defendant Cape Life Brand Company respectfully requests that its motion to enlarge the time for filing its Answer to the Counterclaim until Tuesday, October 5, 2021, be granted.

|   |   |
|---|---|
| | Respectfully submitted, |
| | Cape Life Brand Company, LLC |
| | By its attorney, |
| September 24, 2021 | /s/ Julie Tolek |
| | Julie Tolek, Esq.<br>BBO #688697<br>CALDWELL INTELLECTUAL PROPERTY LAW, LLC<br>200 Clarendon Street, 59th Floor<br>Boston, MA  02116<br>(617) 577-3963<br>julie@caldwellip.com |

CERTIFICATE OF SERVICE

    I certify that on September 24, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which automatically sends email notification of such filing to registered participants.

                                                                                                       /s/ Julie Tolek
                                                                                                        Julie Tolek, Esq.