UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAPE LIFE BRAND COMPANY, LLC<br><br>Plaintiff, Counter-Defendant<br><br>v.<br><br>CAPE LIFE GIFTS, INC.<br><br>Defendant. Counter-Plaintiff | Civil Action No. 1:21-cv-11256-AK |

## **JOINT STATUS REPORT**

Counsel for the parties in the above captioned matter have conferred and agree that both parties are amenable to mediation.

Respectfully Submitted,

| | |
|---|---|
| January 27, 2022   Cape Life Gifts, Inc. | Cape Life Brand Company, LLC |
| By its attorney, | By its attorney, |
| /s/JT o.b.o. Lindsey M. Straus, with permission<br>Lindsey M. Straus, Esq. BBO# 554181<br>Law Office of Lindsey M. Straus<br>110 Court Way<br>Brewster, MA 02613<br>(508) 896-8008<br>lstraus@lindseystrauslaw.com | /s/ Julie Tolek<br>Julie Tolek, Esq. BBO# 688697<br>Caldwell Intellectual Property Law, LLC<br>200 Clarendon Street, 59th Floor<br>Boston, MA 02116<br>(617) 577-3963<br>docketing@caldwellip.com<br>julie@caldwellip.com |

CERTIFICATE OF SERVICE

      I certify that on January 27. 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which automatically sends email notification of such filing to registered participants.

                                              /s/ Julie Tolek
                                              Julie Tolek, Esq.