UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CAPE LIFE BRAND COMPANY, LLC,

           Plaintiff,

v.

CAPE LIFE GIFTS INC.,

           Defendant.

CIVIL ACTION NO. 21-11256-AK

## SETTLEMENT ORDER OF DISMISSAL

A. KELLEY, D.J.

    The Court having been advised on September 23, 2022, that the above-entitled action has been settled:

    It is hereby **ORDERED** that this action is hereby **DISMISSED** without costs and without prejudice to the right of any party, upon good cause shown, to re-open the action within thirty (30) days if settlement is not consummated.

9/23/2022
Date

By the Court,

/s/ Miguel Lara
Deputy Clerk